### Rose *v.* Balfe et al.

From the Tippecanoe Common Pleas.

*W. C. L. Taylor, E. A. Greenlee,* and *W. C. Wilson,* for appellant.

*J. R. Coffroth* and *T. B. Ward,* for appellees.

Downey, C. J.—The questions in this case are the same as those in *Ball* v. *Balfe,* 41 Ind. 221; and for the reason there given, the judgment in this case should be affirm

The judgment is affirmed, with costs.